## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN SIMS, | |
| Plaintiff, | Case No. 1:17-cv-01560 |
| v. | Honorable Judge Matthew F. Kennelly |
| CENTRAL CREDIT SERVICES LLC, | |
| Defendant. | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, PATRICIA ANN SIMS, and the Defendant, CENTRAL CREDIT SERVICES LLC, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against CENTRAL CREDIT SERVICES LLC,  pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 22, 2017                    Respectfully Submitted,

**PATRICIA ANN SIMS**                    **CENTRAL CREDIT SERVICES LLC**

/s/ Nathan C. Volheim                    /s/ Andrew E. Cunningham (*with consent*)
Nathan C. Volheim                        Andrew E. Cunningham
*Counsel for Plaintiff*                  *Counsel for Defendant*
Sulaiman Law Group, LTD                  Sessions Fishman Nathan & Israel
2500 South Highland Ave., Suite 200      120 North LaSalle Street, Suite 1960
Lombard, Illinois 60148                  Chicago, IL 60603
Phone: (630) 575-8181                    Phone: (312) 578-0992
nvolheim@sulaimanlaw.com                 acunningham@sessions.legal